No. 44421.—Protest 27276-K of L. Frank & Co., Inc. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

No. 44422.—Protests 25391-K, etc., of Continental Commerce Agency (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

No. 44423.—Protests 19764-K, etc., of Dal, Inc., et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

No. 44424.—Protests 19757-K, etc., of Intercontinental Meat Corp. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

No. 44425.—Protests 13854-K, etc., of Anglo American Trading Co. et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

No. 44426.—Protests 13165-K, etc., of J. S. Hoffman Co., Inc. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.